# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHONDA WOODS, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-19-140-F ) |
| ANDREW M. SAUL, Commissioner of the Social Security Administration,[1] | ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff, Rhonda Woods, commenced this action seeking judicial review of the Commissioner's decision denying her applications for disability insurance benefits and supplemental security income benefits under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 423, 1382. The matter was referred to United States Magistrate Judge Bernard M. Jones in accordance with 28 U.S.C. § 636. On November 19, 2019, Magistrate Judge Jones issued a Report and Recommendation, recommending that the Commissioner's decision be affirmed.

Neither party has objected to the Report and Recommendation within the time prescribed by Magistrate Judge Jones.[2] And no request for an extension of time to

---

[1] On June 17, 2019, Andrew M. Saul was sworn in as Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Saul is substituted for Nancy A. Berryhill, the former Acting Commissioner of the Social Security Administration, as defendant in this action.

[2] Magistrate Judge Jones apprised the parties of their right to object to the Report and Recommendation by December 3, 2019 and that a failure to object waives the right to appellate review.

file an objection has been sought. Consequently, the parties have waived their right to appellate review of the factual and legal determinations. Vega v. Suthers, 195 F.3d 573, 579 (10th Cir. 1999); United States v. One Parcel of Real Property, 73 F.3d 1057, 1059, 1061 (10th Cir. 1996).

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones (doc. no. 27) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of defendant, Andrew M. Saul, Commissioner of the Social Security Administration, denying plaintiff, Rhonda Woods' applications for disability insurance benefits and supplemental security income benefits under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 423, 1382, is **AFFIRMED**. Judgment shall issue forthwith.

IT IS SO ORDERED this 5th day of December, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0140p001.docx